ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
SHERRENE ROBINSON o/b/o          :
JAYQUAN M. ROBINSON,             :
                                 :
          Plaintiff,             :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
                                 :   07 Civ. 10559 (DC)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x



RECEIVED FEB 28 2008 JUDGE CHIN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/6/08

     IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from February 25, 2008

to and including April 25, 2008.  This extension is requested

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       January 31, 2008

                                    *Sherrene Robinson*
                                    SHERRENE ROBINSON
                                    Plaintiff Pro Se
                                    60 Pit Street
                                    Apt. #5E
                                    New York, New York 10002
                                    Telephone No. (212)677-5475

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

By: _____
     JOHN E. GURA, JR.
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York   10007
     Telephone No.: (212) 637-2712
     John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

3/3/08