

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

April 24, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

BY FAX
Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

    Re: <u>Sherrene Robinson o/b/o Jayquan M. Robinson v. Astrue</u>
        07 Civ. 10559 (DC)

Dear Judge Chin:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request an extension of defendant's time to respond to the complaint.

    The answer is due Friday, April 24, 2008. This case was recently assigned to me. After reconsidering his position in this matter, the Commissioner has decided to offer plaintiff a remand for further administrative proceedings. I forwarded a proposed stipulation of remand to plaintiff on Friday, April 18, 2008. To allow plaintiff time to consider the proposed remand, I respectfully request that defendant's time to answer or move be extended by thirty days to May 27, 2008. I left a voicemail message for plaintiff in an attempt to obtain her consent to this request, but she has not yet returned my call.

    Thank you for your consideration of this matter.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

            By:    *Susan C. Branagan*
                    SUSAN C. BRANAGAN
                    Assistant United States Attorney
                    Telephone: (212) 637-2804
                    Fax: (212) 637-2750

*[Handwritten: Approved. SO ORDERED. /s/ USDJ 4/29/08]*

cc: Sherren Robinson, <u>Pro Se</u>