

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
SHERRENE ROBINSON o/b/o            :
JAYQUAN M. ROBINSON,               :
                                   :
                Plaintiff,         :
                                   :
       - v. -                      :   STIPULATION AND ORDER
                                   :      OF REMAND
MICHAEL J. ASTRUE,                 :
Commissioner of                    :   07 Civ. 10559 (DC)
Social Security,                   :
                Defendant.         :
- - - - - - - - - - - - - - - - -x

  IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that this

action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       April 28, 2008

        *Sherrene Robinson*
SHERRENE ROBINSON
Plaintiff Pro Se
60 Pitt Street
Apt. #5E
New York, New York 10002
Telephone No. (212) 677-5475

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No. (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5/8/08